JS - 6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Concela S Tarver,<br><br>    Plaintiff,<br><br>  v.<br><br>Experian Information Solutions, et al,<br><br>    Defendant(s). | SACV 19-00255JVS(KESx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED: 10/4/19

                                                                       James V. Selna
                                                              United States District Judge